STATE v. SANDERS

No. 88A85-3

Case below: Transylvania County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Transylvania County allowed 10 October 1996. Petition by defendant for writ of supersedeas allowed 10 October 1996.

STATE v. SHANLEY

No. 402P96

Case below: 123 N.C. App. 360

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. SIMONSON

No. 342P96

Case below: 123 N.C. App. 162

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 10 October 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

STATE v. WEAVER

No. 368P96

Case below: 123 N.C. App. 276

Petition by Attorney General for writ of supersedeas denied and stay dissolved 10 October 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996. Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 10 October 1996.

STATE v. WESLEY

No. 330P96

Case below: 123 N.C. App. 162

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.